■ ASENATH ATWAL, Respondent-Appellant, v AMARJIT ATWAL, Appellant-Respondent. (Appeal No. 1.) [705 NYS2d 316] —Appeal and cross appeal unanimously dismissed without costs (*see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc.,* 147 AD2d 977). (Appeals from Order of Supreme Court, Erie County, Howe, J.—Matrimonial.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Scudder, JJ.